## TOLLAND COUNTY, FEBRUARY TERM, A. D. 1792.

STANIFORD ET AL., HEIRS OF STOUGHTON, DECEASED, v. HIDE, A CREDITOR AND ADMINISTRATOR OF SAID STOUGHTON.

Commissioner on an insolvent estate can offset only the mutual claims between the creditors and the deceased.

APPEAL from probate. Hide represented said estate insolvent and had commissioners appointed, to whom he exhibited a debt which he claimed against said estate, and the commissioners adjusted not only the debt and credit between said Hide and the estate to the time of said Stoughton's death, but also offset against his debt moneys received by him as administrator for debts and rents, which reduced his debt to about £40; Hide excepted to the return of the commissioners

before the Court of Probate on that account, and the judge set aside the report of the commissioners; Staniford et al appeal to this court.

And by this COURT. The judgment of the Court of Probate is affirmed; for commissioners on an insolvent estate, are to offset mutual claims between the creditors and the deceased; but what Hide had received as administrator, cannot be offset against his debt; but is to be averaged by order of the judge, amongst all the creditors.